IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL JONES,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CHILDREN'S HOSPITAL OF PHILADELPHIA,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-5637** |

## O R D E R

**AND NOW**, this 26th day of June, 2019, upon consideration of Defendant, Children's Hospital of Philadelphia's Motion for Summary Judgment (Document No. 16, filed Jan. 11, 2019), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Document No. 20, Feb. 8, 2019), and Reply in Support of Defendant, Children's Hospital of Philadelphia's Motion for Summary Judgment (Document No. 23, filed Feb. 19, 2019), for the reasons stated in the accompanying Memorandum dated June 26, 2019, **IT IS ORDERED** as follows:

　　1. That part of the Motion seeking summary judgment on plaintiff's claims of pregnancy discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII"), the Pennsylvania Human Relations Act ("PHRA"), and the Philadelphia Fair Practices Ordinance ("PFPO") (Count I) and retaliation under the Americans with Disabilities Act, the PHRA, and the PFPO (Count II) is **GRANTED**.

　　2. That part of the Motion seeking summary judgment on plaintiff's failure to accommodate claim under the PFPO (Count III) is **DENIED**.

**IT IS FURTHER ODERED** that a telephone conference for the purpose of scheduling further proceedings will be conducted in due course.

                                              **BY THE COURT:**

                                              **/s/ Hon. Jan E. DuBois**

                                              **DuBOIS, JAN E., J.**